IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Susan Prose**

| | |
|---|---|
| Civil Action No: 1:22-cv-00026-DDD-SBP | Date: February 5, 2024 |
| Courtroom Deputy: Tram Vo | FTR: Courtroom C205 |

| *Parties:* | *Counsel:* |
|---|---|
| MATTHEW ARNOLD, | Robert Liechty |
|     Plaintiff, | |
| v. | |
| ANTHONY SPURLOCK, JULIE PATEL, and JOHN DOE | Amy Wilson |
|     Defendants. | |

### COURTROOM MINUTES

**TELEPHONIC SCHEDULING CONFERENCE**

**11:04 a.m.**     **Court in session.**

Court calls case. Appearances of counsel.

Discussion held regarding the parties' proposed Scheduling Order.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**

Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1): **Rule 26(a)(1) disclosures will be made on or before February 5, 2024. The parties will complete their exchange of Rule 26(a)(1) disclosures once a protective order has been entered by the court.**

Joinder of Parties/Amendment to Pleadings: **March 1, 2024**

Discovery Cut-off: **August 2, 2024**

Dispositive Motions Deadline: **September 6, 2024**

Deadline for Motions Pursuant to Fed. R. Evid. 702: **July 8, 2024**

Each side shall be limited to **8** depositions, including experts. Each deposition shall be limited to one (1) day of seven (7) hours.

Each side shall be limited to **25** interrogatories, including discrete subparts, **25** requests for production, and **25** requests for admission. Interrogatories, requests for production, and requests for admission shall be served by **June 18, 2024.**

Each side shall be limited to **three** retained expert witnesses, absent leave of court.
Disclosure of Affirmative Experts: **May 3, 2024**
Disclosure of Rebuttal Experts: **June 7, 2024**

**STATUS CONFERENCE**: None at this time. Future status conferences may be set at the request of the parties or the Court.

**FINAL PRETRIAL CONFERENCE**: Judge Domenico's Chambers will contact the parties to set a trial date and Final Pretrial Conference/Trial Preparation Conference date(s) after the dispositive motions deadline has passed and the Court has issued rulings on all such motions.

**Scheduling Order entered.**

**11:26 a.m.    Court in recess.**

Hearing concluded.
Total in-court time: 22 minutes

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.