UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-CV-00026-DDD-SBP

MATTHEW ARNOLD,

    Plaintiff,

v.

ANTHONY SPURLOCK,
JULIE PATEL, and
JOHN DOE,

    Defendants.

**FIRST MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS PURSUANT TO FED. R. CIV. P. 16(b)(4)**

Defendants Anthony Spurlock, Julie Patel, and John Doe, through the Douglas County Attorney's Office, hereby submit this Opposed Motion to Extend Dispositive Motion Deadline, and in support thereof state as follows:

**D.C.COLO.LCivR 7.1(a) Certification.** The Undersigned counsel conferred with counsel for Plaintiff, Robert Leichty, by telephone on September 6, 2024. Plaintiff opposes the relief sought in this Motion.

The Defendants in this matter are represented by the Douglas County Attorney's Office. Amy Edwards, formerly employed by the Douglas County Attorney's Office, was originally assigned as counsel. On July 26, 2022, the Court granted a Motion to Stay Discovery pending resolution of the question of qualified immunity. *See* Doc. 18. On December 5, 2023, the Court issued an order granting in part and denying in part Defendant's Motion to Dismiss. *See* Doc. 8

(Motion to Dismiss); Doc. 20 (Order granting in part and denying in part Defendant's Motion to Dismiss). On February 5, 2024, the Court issued a Scheduling Order with a discovery deadline of August 2, 2024, and a dispositive motion deadline of September 6, 2024. *See* Doc. 26. Subsequently, in June of 2024, Ms. Edwards left the Douglas County Attorney's Office and moved to Virginia.

Upon Ms. Edwards' departure, this case was reassigned to the Undersigned counsel. The Undersigned began working on this matter only two months in advance of the discovery deadline, and only three months in advance of the dispositive motion deadline. The Undersigned has worked diligently to acclimate to the factual, legal, and procedural history of this case during this brief period while attending to additional matters. Since inheriting this case, the Undersigned prepared and produced responses to Plaintiff's interrogatories, requests for admission, and requests for production. Additionally, the Undersigned prepared for and defended a deposition of named Defendant Julie Patel. However, the short timeframe described above has not afforded the Undersigned sufficient time to prepare an encompassing dispositive motion. Therefore, Defendants request that the Court find good cause to extend the dispositive motion deadline by 60 days to afford Defendants sufficient time to prepare a dispositive motion. Defendants request that the Court reset the dispositive motions deadline on Tuesday, November 5, 2024.

Pursuant to Fed. R. Civ. P. 16(b)(4), a scheduling order may be modified for good cause. Defendants have not requested, and this Court has not granted, any prior extension of a scheduling deadline during the pendency of this case.

WHEREFORE, Defendants respectfully request that this Honorable Court grant an extension of the dispositive motion deadline and reset the deadline on November 5, 2024.

Respectfully submitted this 6th day of September 2024.

OFFICE OF THE COUNTY ATTORNEY, COUNTY OF DOUGLAS, COLORADO

*/s/ W. Casey Brown*
W. Casey Brown
Sr. Assistant County Attorney
Douglas County Attorney's Office
100 Third Street
Castle Rock, CO  80104
Telephone:  303-660-7362
E-mail: wbrown@douglas.co.us

*Attorney for Anthony Spurlock, Julie Patel and John Doe*

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 6th day of September 2024, I electronically filed the foregoing **FIRST MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS PURSUANT TO FED. R. CIV. P. 16(b)(4)** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

*/s/ W. Casey Brown*

*Pursuant to USDC ECF Procedure Version 6.1, a printed copy of this document with original signatures will be maintained by the Office of the Douglas County Attorney and made available for inspection upon request.*